McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
JAIME L. PRECIADO
Special Assistant U. S. Attorney
333 Market Street, Suite 1500
San Francisco, CA 94105
Telephone No: (415) 977-8943
Facsimile No: (415) 744-0134

Attorneys for Defendant/Respondent
Commissioner of Social Security

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBY J. GILLIAM-FAKOURY,<br><br>              Plaintiff,<br>      v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>              Defendant. | Case No. 2:07-CV-2630 GGH<br><br>STIPULATION FOR EXTENSION<br>OF TIME AND ORDER<br>(FIRST REQUEST) |

    Plaintiff filed a complete copy of their opening brief on August 19, 2008.  See Clerk's Record (CR), Document 14. Plaintiff's initial brief-filing, on July 21, 2008, contained only the last page of the brief, and was administratively misfiled.  See CR, Document 12-2.

    Accordingly, the parties, through their respective counsel, stipulate that the time for filing defendant's opposition to plaintiff's opening brief be extended from August 21, 2008 to September 21, 2008.

    This is defendant's first request for an extension of time to file a response to plaintiff's opening brief, and is based on

Plaintiff's complete brief not being filed until August 19, 2008.

                                        Respectfully submitted,

Dated: August 21   , 2008    /s/ Ann M. Cerney
                             (As authorized via fax)
                             ANN M. CERNEY
                             Attorney for Plaintiff

Dated: August 21   , 2008    McGREGOR W. SCOTT
                             United States Attorney
                             LUCILLE GONZALES MEIS
                             Regional Chief Counsel, Region IX
                             Social Security Administration

                             /s/ Jaime L. Preciado
                             JAIME L. PRECIADO
                             Special Assistant U.S. Attorney

**IT IS SO ORDERED:**

Dated: 08/25/08              /s/ Gregory G. Hollows
                             United States Magistrate Judge

fakoury.eot