```
McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
JAIME L. PRECIADO
Special Assistant U. S. Attorney
333 Market Street, Suite 1500
San Francisco, CA 94105
Telephone No: (415) 977-8943
Facsimile No: (415) 744-0134

Attorneys for Defendant/Respondent
Commissioner of Social Security
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| RUBY J. GILLIAM-FAKOURY, | ) | Case No. 2:07-CV-2630 GGH |
|---|---|---|
| Plaintiff, | ) | STIPULATION FOR EXTENSION |
| v. | ) | OF TIME AND ORDER |
|  | ) | (SECOND REQUEST) |
| MICHAEL J. ASTRUE, | ) |  |
| Commissioner of | ) |  |
| Social Security, | ) |  |
|  | ) |  |
| Defendant. | ) |  |
| _____ | ) |  |

The parties stipulate that defendant may have an additional 30 days, to and including October 21, 2008, within which to file his response to Plaintiff's Motion for Summary Judgment. This Order is sought on ground that the workload of the undersigned is extremely heavy due to staffing shortages. This is defendant's second request, but the first request was due to an administrative filing error which delayed briefing.

//

//

//

//

|    |                              |                                         |
|----|------------------------------|-----------------------------------------|
| 1  |                              | Respectfully submitted,                 |
| 2  | Dated: September 17, 2008    | /s/ Ann M. Cerney                       |
|    |                              | (As authorized via fax)                 |
| 3  |                              | ANN M. CERNEY                           |
|    |                              | Attorney for Plaintiff                  |
| 4  |                              |                                         |
| 5  |                              |                                         |
|    | Dated: September 18, 2008    | McGREGOR W. SCOTT                       |
| 6  |                              | United States Attorney                  |
|    |                              | LUCILLE GONZALES MEIS                   |
| 7  |                              | Regional Chief Counsel, Region IX       |
|    |                              | Social Security Administration          |
| 8  |                              |                                         |
| 9  |                              | /s/ Jaime L. Preciado                   |
|    |                              | JAIME L. PRECIADO                       |
| 10 |                              | Special Assistant U.S. Attorney         |

**IT IS SO ORDERED:**

Dated: 09/23/08            /s/ Gregory G. Hollows
                           _____
                           United States Magistrate Judge

gilliam.eot