McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
JAIME L. PRECIADO
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8943
    Facsimile: (415) 744-0134
    E-Mail: jaime.preciado@ssa.gov
Attorneys for Defendant

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RUBY J. GILLIAM-FAKOURY, <br><br> Plaintiff, <br><br> vs. <br><br> MICHAEL J. ASTRUE, Commissioner, Social Security, <br><br> Defendant. | Case No. 2:07-CV-2630 GGH <br><br> **STIPULATION AND ORDER REDACTING ADMINISTRATIVE RECORD AFTER ANSWER** |

    The parties to the above-captioned action, by and through their undersigned counsel, and with the permission of the Court, hereby stipulate as follows:

    1) Pages 379 through 403 of the Certified Administrative Record (C.A.R.) consist of confidential record(s) pertaining to an individual other than Plaintiff;

    2) Inasmuch as these records were not part of the evidence upon which the findings and decisions complained of are based, they are not properly included in the C.A.R.;

    3) Pages 379 through 403 shall be removed from all copies of

        the C.A.R. filed with the court, and in the possession of the parties;

4) Any copy of pages 379 through 403 produced for purposes of negotiating the instant agreement will be destroyed;

5) The inadvertent inclusion of said pages in the C.A.R. is not and will not be a basis for a claimed error.

DATED: September 16, 2008    /s/Ann M. Cerney
ANN M. CERNEY
Attorney at Law *(via fax authorization)*

Attorney for Plaintiff

DATED: September 16, 2008    McGREGOR W. SCOTT
United States Attorney

By: /s/Jaime L. Preciado
JAIME L. PRECIADO
Special Assistant United States Attorney
Attorneys for Defendant

_____°○°_____

**ORDER**

**APPROVED AND SO ORDERED.**

DATED: 09/23/08    /s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

gilliam.reda

2